KAN:TYH
F.# 2009R02019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

GLORIMAR GARCIA, and
ANGEL JOSE CELPA,

Defendants.

- - - - - - - - - - - - - - - - - X

JOINT AMENDED PRELIMINARY
ORDER OF FORFEITURE

10-CR-0839 (CBA)

WHEREAS, on July 12, 2011, the Court entered the Preliminary Order of Forfeiture against defendant Glorimar Garcia ("the Garcia Preliminary Order");

WHEREAS, on August 10, 2011, the Court entered the Preliminary Order of Forfeiture against defendant Angel Jose Celpa (the "Celpa Preliminary Order");

WHEREAS, the Garcia Preliminary Order and the Celpa Preliminary Order forfeited each Defendant's respective right, title and interest in $93,802.00 in United States currency seized from the Defendants on or about October 9, 2010 at John F. Kennedy International Airport (the "Seized Asset"), pursuant to 31 U.S.C. § 5332(b)(2) as property, real or personal, involved in a violation of 18 U.S.C. § 371, and/or as substitute property as defined in 21 U.S.C. § 853(p); and

WHEREAS, subsequent to the issuance of the Garcia Preliminary Order and the Celpa Preliminary Order, the Government

learned that $50.00 of the Seized Asset was counterfeit currency.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Garcia and Celpa Preliminary Orders are amended insofar as to correct the amount seized from the Defendants, to wit: $93,752.00 was seized from the defendants on October 9, 2010 at John F. Kennedy International Airport (the "Forfeited Asset").

2. All other provisions of the Garcia Preliminary Order and the Celpa Preliminary Order shall remain in full force and effect.

Dated: Brooklyn, New York
September 21, 2011

s/CBA

_____
HONORABLE CAROL B. AMON
CHIEF UNITED STATES DISTRICT JUDGE